Christopher P. Hampton, Esq.
Attorneys for Defendant Premier Education Group
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------ x

LORRAINE SAPP,

                      Plaintiff,

                                    FRCP 41(a)(2) Voluntary
-against-                        Dismissal With Prejudice

PREMIER EDUCATION GROUP, L.P.       15-CV-08591 (RMB)(AMD)

                      Defendant.

------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure all claims of Lorraine Sapp as stated in the within action shall be, and the same hereby are, dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party;

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed

794962-2                                   25

in counterparts and by facsimile or electronic signature each of which shall be an original but all of which together shall constitute one and the same instrument. This Stipulation may be filed without further notice with the Court.

Dated: July 25, 2017

Dated: August 22, 2017

**KOBER LAW FIRM, LLC**

By: _____
    Peter Kober, Esq. *Attorneys for Plaintiff*
1876 Greentree Road
Cherry Hill, New Jersey 08003 Tel: (856) 761-5090

So Ordered:

_____

**MELTZER, LIPPE, GOLDSTEIN, & BREITSTONE, LLP**

By: _____
    Christopher P. Hampton, Esq.
*Attorneys for Defendants*
190 Willis Avenue
Mineola, NY 11501
Tel: (516) 747-0300